# Greenberg Traurig

Jerrold Goldberg
212.801.9209
goldbergj@gtlaw.com



*Initial conference is adjourned to January 14, 2011 at 10:45.*

*So ORDERED.*

*[signature]*
*USDJ*
*12-10-10*

December 9, 2010

## MEMO ENDORSED

**VIA FACSIMILE**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

Re: **Lacovara v. Hard Rock Café International (USA), Inc. et al.
Case No. 10 Civ. 7821 (PKC)**

Dear Judge Castel:

This firm has recently been retained to represent Defendants Hard Rock Café International (USA), Inc. and Hard Rock Café International (STP), Inc. in the above-captioned action. We write to request that the preliminary conference in this matter, now scheduled for December 15, 2010, be postponed until on or after January 11, 2011. Given that we are still gathering the facts, and have requested an extension of time to answer or otherwise move with respect to the class action complaint until January 10, 2011, to which plaintiff's counsel has consented, we believe it will be more productive and efficient to the court to hold the conference after the parties have further conferred and defendants have determined whether to answer or move, or the parties have agreed to engage in early dispute resolution of the matter. Thus we would request that the initial conference be adjourned until on or after January 11, 2011. Both parties join in the request. Thank you.

Respectfully,

*[signature]*
Jerrold Goldberg

cc: Justin Swartz, Esq.
 Rachel Bien, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400    www.gtlaw.com