# OUTTEN & GOLDEN LLP

**MEMO ENDORSED**

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

*Advocates for Workplace Fairness*

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Samuel R. Miller
Paul W. Mollica

Reena Arora
Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cyrus Dugger
Cara E. Greene
Mariko Hirose
Seth M. Marnin
Ossai Miazad
Carmel Mushin
Melissa Pierre-Louis
Sandra Pullman
Lauren Schwartzreich
Michael Scimone
Dana Sussman
Amber Trzinski
Juno Turner
Elizabeth Wagoner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-11

September 14, 2011

*[Handwritten endorsement: Conference adjourned from September 16 to 11:45 am Nov. 1, 2011 at 11:45 am SO ORDERED]*

**By Facsimile to (212) 805-7949**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Lacovara, et al. v. Hard Rock Cafe Int'l (USA), Inc., et al.*, 10 Civ. 7821 (PKC)

Dear Judge Castel:

We represent the Plaintiffs and a putative class of Hard Rock Café special event workers in the above-referenced matter. We write jointly with counsel for the Defendants to update the Court regarding the status of the parties' settlement negotiations and to respectfully request that the Court adjourn the pretrial conference scheduled for September 16, 2011, at 12:30 pm.

The parties are close to finalizing a settlement agreement and a joint motion seeking preliminary approval of the settlement and conditional certification of the settlement class, which they hope to be in a position to file with the Court by early October if not sooner.

Respectfully submitted,

Rachel Bien

cc: Jonathan Sulds, Esq. (by email)
Jerrold Goldberg, Esq. (by email)
Dana Sussman, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
6 Landmark Square, Suite 400, Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com